UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAMIRO PEREZ-VELAZQUEZ,<br><br>Petitioner,<br><br>v.<br><br>KRISTI NOEM, et al.,<br><br>Respondents. | Case No.: 3:25-cv-03073-CAB-MMP<br><br>**ORDER REQUIRING A BOND HEARING**<br><br>**[Doc. No. 2]** |

Pending before the Court is a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 filed by Ramiro Perez-Velazquez ("Petitioner"). [Doc. No. 2 ("Amended Petition").] Petitioner asserts he is being detained by Immigration and Customs Enforcement ("ICE") without a bond hearing in violation of 8 U.S.C. § 1226(a), the Fourth Amendment, and the Fifth Amendment. [*Id.* at 8–9.]

On December 19, 2025, Respondents filed a Supplemental Brief stating that:

> Petitioner appears to be a member of the Bond Eligible Class certified in *Maldonado Bautista v. Santacruz*, No. 5:25-CV-01873-SSS-BFM, --- F. Supp. 3d ---, 2025 WL 3288403 (C.D. Cal. Nov. 25, 2025). The *Bautista* court has entered final judgement as to the Bond Eligible Class. *Bautista*, [Doc. No.] 94. Accordingly, Respondents acknowledge that Petitioner is detained under 8 U.S.C. § 1226(a) and [is] entitled to an order from this Court directing a bond hearing be held pursuant to 8 U.S.C. § 1226(a).

[Doc. No. 11 at 2.]

   The Court thus **ORDERS** Respondents to provide Petitioner an individualized bond hearing before an immigration judge pursuant to 8 U.S.C. § 1226(a) and its associated regulations by **January 5, 2026**.  Respondents are further **ORDERED** to update to this Court on the status of Petitioner's bond hearing by **January 7, 2026**.

   It is **SO ORDERED.**

Dated:  December 22, 2025

_____
Hon. Cathy Ann Bencivengo
United States District Judge