UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAMIRO PEREZ-VELAZQUEZ,<br><br>                          Petitioner,<br><br>v.<br><br>KRISTI NOEM, et al.,<br><br>                          Respondents. | Case No.:  3:25-cv-03073-CAB-MMP<br><br>**ORDER DISMISSING CASE**<br><br>[Doc. No. 1] |

Petitioner Ramiro Perez-Velazquez filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. [Doc. No. 1 ("Petition").]  After Respondents acknowledged that pursuant to the final judgment in *Maldonado Bautista v. Noem*, No. 5:25-CV-01873-SSS-BFM, Petitioner was detained under 8 U.S.C. § 1226(a), this Court ordered a bond hearing pursuant to § 1226(a) and its associated regulations.  [Doc. No. 12.]  Petitioner subsequently received a bond hearing on January 2, 2026.  [Doc. No. 13.]

///
///
///
///
///
///

1 | Petitioner has received the relief his Petition requested and so the Court
2 | **DISMISSES** the case.  The Clerk of the Court shall close the case.
3 | It is **SO ORDERED**.
4 | Dated: February 6, 2026

Hon. Cathy Ann Bencivengo
United States District Judge